

FILED
CLERK, U.S. DISTRICT COURT
8/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## U.S. District Court, Central District of California

Plaintiff: Kondwani Saeed Davis a.k.a. Amschel Rothschild El and Amschel de Rothschild II

VS.

Defendants: Los Angeles County Child Support Agency, Maria Diaz, State of California official, et al.

Case No: 2:25-MC-00079-UA

## Exclusive Equity Jurisprudence Abatement and Affidavit

1. Abatement under Exclusive Equity Jurisprudence

Comes now the Claimant, a living man standing in exclusive equity, who does hereby provide notice of abatement of any and all presumptions of contract, liability, joinder, or suretyship arising under color of law, statutory codes, or legal fictions, and asserts standing solely in equity. This abatement stands as a lawful challenge to any and all actions executed against the Claimant by the Child Support Agency of Los Angeles County, California, or any associated parties, agents, or assigns acting under the guise of commercial enforcement.

This abatement is further grounded in the maxims of equity which demand that equity regards as done that which ought to have been done; that one who seeks equity must do equity; and that equity will not suffer a wrong without a remedy.

All officers, agents, and fiduciaries of the public are now on notice that no consent, voluntary appearance, or joinder exists, and any further attempts to enforce statutory presumptions are unlawful trespass on private rights.

2. Suretyship Disclaimer under Equity

I, the undersigned, do hereby disclaim any and all presumption of suretyship for any artificial person, legal entity, or corporate fiction bearing a name similar to or derivative of mine. This includes but is not limited to the ALL CAPS NAMES KONDWANI SAEED DAVIS and AMSCHEL MAYER JAMES DE ROTHSCHILD II or any variation thereof. I am not a surety for any commercial debt, statutory liability, or public obligation, and hereby record this statement under penalty of perjury in the nature of equity.

All agents and entities claiming authority over or creating obligations in my name without full disclosure, mutual consent, and valuable consideration are in breach of trust and equity, and will be held liable for damages resulting therefrom.

3. Affidavit of Equitable Subrogation

I, a living man, do hereby give public and private notice that I am the primary creditor and holder in due course of all equitable interest arising from any trust, contract, or commercial instrument created in my name or for my benefit, whether knowingly or unknowingly, through constructive fraud, conversion, or adhesion contracts.

I invoke the doctrine of equitable subrogation to reclaim all beneficial interest, authority, and control over any and all assets, securities, or trust property presumed to be under the administration of third parties. This Affidavit shall serve as full and final notice of my claim in equity, enforceable under exclusive jurisdiction of a court of chancery.

Done on this 15th day of August, 2025 in Seattle, Washington.

By: _____

KONDWANI SAEED DAVIS also known as AMSCHEL MAYER JAMES DE ROTHSCHILD II / Amschel Rothschild El

All Rights Reserved, Without Prejudice UCC 1-308 – Sui Juris, Non-Domestic,