

FILED
CLERK, U.S. DISTRICT COURT
09/04/2025
CENTRAL DISTRICT OF CALIFORNIA
BY  gsa  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## U.S. District Court for the Central District of California

**Kondwani Saeed Davis, Amschel Mayer James de Rothschild, II and Amschel Rothschild El,** sui juris, Moorish American,
formerly known as **Amschel Mayer James de Rothschild II** formerly **Kondwani Saeed Davis**, Private Citizen, Beneficiary & Heir,
c/o 77 South Washington Street
Seattle, Washington [non-domestic, near 98104]

V.

Los Angeles County Child Support Agency, Maria Diaz, Brandon T. Nichols, Jennie Feria, Lisa Mandel, Diane Iglesias, Cynthis McCoy Miller, Luis Dominguez, Edward Liao, Angela Park Pyles, Ronique Ross, Rogelio Tapia, Veronica Pawlowski, Frank Ramos, Kym Renner, Reginald Carter, Amoreena Jaffe, Lisa Fleisher Whitecrow, Teri Badia and John and Jane Does, et al.

Case No: 2:25-mc-00079-UA

### RESPONSE AND NOTICE OF PERFECTION OF SECURITY INTEREST

Non-Negotiable – Public Notice – UCC Financing Statements

To All Whom It May Concern,

I, **Kondwani Saeed Davis**, also known as Amschel Mayer James de Rothschild II, Amschel

**Rothschild El**, sui juris, Moorish American, Private Citizen, Beneficiary & Heir, do hereby issue this **Response and Notice** in reference to the following UCC Financing Statements and Amendments recorded with the Colorado Secretary of State:

**I. UCC FILINGS OF RECORD**

1. **Initial Financing Statement**

    ○ Filing ID#: **20252009692**

    ○ Filed: January 31, 2025, 10:31 PM

    ○ Debtor: **Kondwani Saeed Davis Trust / Amschel Mayer James de Rothschild II Trust**

    ○ Secured Party: **Kondwani Saeed Davis (sui juris)**

    ○ Collateral: Birth Certificate (State No. 104-76-257466), SSN/UCC Account 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, Exemption ID No. 5-70434856, Common Law Copyright CP-1976, stage names, DNA, biometrics, Trust property, and all described assets.

2. **UCC Financing Statement Amendment #1**

    ○ Filing ID#: **20252009692**

    ○ Document #: **20252010738**

    ○ Filed: February 4, 2025, 04:00 PM

    ○ Amendment: Expansion of collateral and confirmation of secured interests under the original filing.

3. **UCC Financing Statement Amendment #2**

    ○ Filing ID#: **20252009692**

    ○ Document #: **20252087833**

    ○ Filed: August 7, 2025, 08:25 PM

    ○ Debtors added: **Amschel Mayer James de Rothschild II Estate Trust, Amschel Rothschild El, Kondwani Saeed Davis Estate Trust**

- Secured Parties added: **Empire Legacy Trust, House of El Royal**
- Collateral expanded: Affidavit of Abatement, Disclaimer of Suretyship, Subrogation, and equitable claims against Los Angeles County Child Support Agency and related parties.

4. **Supporting Security Agreement (Non-Negotiable)**

- Dated: January 31, 2025

- Case No: 2:25-mc-00079-UA (U.S. District Court, Central District of California) ○

Private contract establishing perfected security interest over all described collateral.

## II. NOTICE OF PERFECTION

This Response hereby **confirms, acknowledges, and accepts** the above-referenced UCC filings and Security Agreement.

Said filings constitute valid and binding **private contracts** perfected under the Uniform Commercial Code, providing lawful **public notice** of the Secured Party's superior claim, rights, and interests in all collateral described therein.

## III. NOTICE TO ALL THIRD PARTIES

1. All property, corporeal and incorporeal, tangible and intangible, as described in the above filings, remains under the exclusive dominion of the Secured Party.

2. Unauthorized use of the DEBTOR(S), Trust(s), transmitting utility, or collateral without the written consent of the Secured Party is expressly prohibited and constitutes a violation of the perfected security interest.

3. **Notice to the principal is notice to the agent; notice to the agent is notice to the principal.**

4. All successors, assigns, agents, officers, agencies, and entities are hereby noticed.

## IV. PRESERVATION OF RIGHTS

The Secured Party expressly preserves all rights, remedies, and claims secured under the UCC-1 Financing Statement, the Amendments, and the Security Agreement. This notice does not waive, diminish, or alter any rights of the Secured Party.

## V. EXECUTION

Executed with full commercial liability, sui juris, without prejudice, and all rights reserved. **By:**

Kondwani S. Davis
also known as Amschel Mayer James de Rothschild II
Secured Party, Moorish American, sui juris

Date: September 4th, 2025

## UCC Financing Statement Amendment

Colorado Secretary of State
ID#: 20252009692
Document #: 20252087833
Filed on: 08/07/2025 08:25:15 PM
Paid: $8.00

**Initial Financing Statement**

File #: 20252009692

File Date: 01/31/2025 10:31:59 PM

Filing office: Secretary of State

This amendment is an assignment.

**Debtor: (Organization) - Added**

Name: AMSCHEL MAYER JAMES DE ROTHSCHILD II
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States
Collateral is held in a Trust.

**Debtor: (Organization) - Added**

Name: AMSCHEL MAYER JAMES DE ROTHSCHILD II ESTATE TRUST
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States
Collateral is held in a Trust.

**Debtor: (Organization) - Added**

Name: AMSCHEL ROTHSCHILD EL
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States
Collateral is held in a Trust.

**Debtor: (Organization) - Added**

Name: KONDWANI SAEED DAVIS ESTATE TRUST
Address1: 77 South Wasington Street
Address2:
City: Seattle
State: WA

ZIP/Postal Code: 98104
Province:
Country: United States
Collateral is held in a Trust.

### Secured Party: (Organization) - Added

Name: EMPIRE LEGACY TRUST
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

### Secured Party: (Organization) - Added

Name: HOUSE OF EL ROYAL
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

### Assignor (Individual)

Last name: Rothschild El
First name: Amschel
Middle name:
Suffix:
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

### Collateral

This amendment adds collateral

#### Description:

This Financing Statement covers all equitable interests, claims, and rights arising from the following: - Affidavit of Abatement under Exclusive Equity Jurisprudence - Affidavit of Disclaimer of Suretyship and Cease of Presumed Liability - Affidavit of Equitable Subrogation and Notice of Standing in Honor - Any and all rights, claims, and securities against the Los Angeles County Child Support Agency, its officers, agents, assigns, and related parties arising from color of law violations, administrative dishonor, and presumption of liability.

### Authorizing Party (Debtor): (Organization)

Name: AMSCHEL MAYER JAMES DE ROTHSCHILD II
Address1: 77 South Washington Street

Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

## UCC Financing Statement Amendment

Colorado Secretary of State
ID#: 20252009692
Document #: 20252010738
Filed on: 02/04/2025 04:00:22 PM
Paid: $8.00

### Initial Financing Statement

File #: 20252009692

File Date: 01/31/2025 10:31:59 PM

Filing office: Secretary of State

### Secured Party: (Individual) - Added

Last name: De Rothschild
First name: Amschel
Middle name: Mayer James
Suffix: II
Address1: 77 South Washington St
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

### Secured Party: (Organization) - Added

Name: MY BROTHERS KEEPER TRUST
Address1: 77 South Washington St
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 98104
Province:
Country: United States

### Collateral

This amendment adds collateral

**Description:**

This document registers collateral by the Trustee/Secured Party for the KONDWANI SAEED DAVIS TRUST and AMSCHEL MAYER JAMES DE ROTHSCHILD II TRUST in the Commercial Chamber to secure rights, titles, and interests in various property, including DNA, cDNA, cell lines, retina scans, fingerprints, Debentures, Indentures, and associated Pledges, which are exempt from levy. A lien is placed on property owed but not yet returned to the Trust by municipalities or governments, not the Trust itself. Registered property includes: Security Agreement No. SAG-76, Certificate of Birth (State No. 104-76-257466), SSN/UCC Account Numbers, Exemption ID No. 5-70434856, Common Law Copyright CP-1976, State IDs, Hold Harmless Agreement KDAR-097620, and various entertainers' stage names. The lien amount is $999 billion USD. This filing complies with USC Property laws, Public Policy HJR-192, Public Law 73-10, and UCC10-104, securing the Trusts' interests and ensuring exemption from levy.

# UCC Financing Statement

Colorado Secretary of State
ID#: 20252009692
Document #: 20252009692
Filed on: 01/31/2025 10:31:59 PM
Paid: $8.00

### Debtor: (Organization)

Name: KONDWANI SAEED DAVIS TRUST
Address1: 508 East Wapello St.
Address2:
City: Altadena
State: CA
ZIP/Postal Code: 91001
Province:
Country: United States
The debtor is a transmitting utility.

### Secured Party: (Individual)

Last name: Davis
First name: Kondwani
Middle name: Saeed
Suffix:
Address1: 77 South Washington Street
Address2:
City: Seattle
State: WA
ZIP/Postal Code: 91001
Province:
Country: United States

### Collateral

Description:

This document registers collateral by the Trustee/Secured Party for the KONDWANI SAEED DAVIS TRUST and AMSCHEL MAYER JAMES DE ROTHSCHILD II TRUST in the Commercial Chamber to secure rights, titles, and interests in property, including DNA, cDNA, cell lines, retina scans, fingerprints, Debentures, Indentures, and associated Pledges. These assets are exempt from levy. A lien is placed on outstanding property owed but not yet returned to the Trust by municipalities or governments, not on the Trust itself. Property registered includes: Certificate of Birth (State No. 104-76-257466), SSN/UCC Account Numbers, Exemption ID No. 5-70434856, Common Law Copyright CP-1976, State IDs, and Hold Harmless Agreement KDAR-097620 and various music entertainers common law copyrighted stage names. The lien amount is $999 million USD. This filing complies with USC Property laws, Public Policy HJR-192, Public Law 73-10, and UCC10-104, securing the Trusts interests and ensuring exemption from levy.

### Optional Information

Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean:
Consignee/Consignor

This financing statement is a: Non-UCC Lien



No. CP-1976

# Worldwide Common Law Copyright Claim

This constitutes actual and constructive notice of the copyright protections for these trade-names/trademarksand Worldwide Common Law Copyright, AMSCHEL MAYER JAMES DE ROTHSCHILD II, AMSCHEL RECORDS LLC, KONMAN ENTERTAINMENT INC, KONMAN ENTERTAINMENT LLC, DREAM LOUD LLC, DREAM LOUD INC, DREAM LOUD, MY BROTHERS KEEPER, MBK, MUSIC COIN, MUSIC COIN LLC, MUSIC COIN INC, MUSCO, MBK LLC, MY BROTHERS KEEPER LLC, REMA, LUCKY DAYE, TYUS, METRO, METRO BOOMIN, HYME, LONDON ON DA TRACK, DJ KHALED, BIRDMAN BABY, JAMES FAUNTLEROY KANYE WEST, YEZZY, YEZZY S, YEEZIES, YE, YAY, STEVEN G, BJ THE CHICAGO KID, DJ SCREW, 7AE, BOY WONDER GIRL WONDER, GURL WONDER, SAFARI, TIMBALAND, SWISS BEATZ, HIT BOY, LIL DURK, DURK, T PAIN, HITMAKA, BRENT FIYAZ, DESIGNER, LOVERBOYBASS, ELL MAI, LIL WAYNE, TY DOLLA $IGN, DJ SNAKE, PNB ROCK, NIPSEY HUSSLE, ELLIOT TRENT, FRANK OCEAN, POST MALONE, 6LACK, SAM SMITH, TANK, SUMMER WALKER, K CAMP, HIT GIRL, HIT GURL, SAINt JHN, SAINt ELLA, SAINT ELLA, H.I.M., H.E.R., GIVEON, THE WEEKND, J DILLA, KONDWANI SAEED DAVIS, TRAVIS SCOTT, TRAVI$ SCOTT, ELHAE, SWIM, AMSCHEL, AMSCHEL ROTHSCHILD, MUSIC COIN, AMSCHEL, KON, BLAST, BLVST, BLXST, DRAKO, JAY, KON YAY, ROTHSCHILD, KON, PARTYNEXTDOOR, ROTHSCHILD, MAYER, PARTY, PND and LA FLAME and any four digit letter abbreviations under NON UCC registration/EAN number 9780201379624 owned by

AMSCHEL MAYER JAMES DE ROTHSCHILD II ESTATE TRUST, an original expression created on or about 09/20/1976, with all rights reserved, held by amschel mayer james de rothschild II also known as kondwani saeed davis or amschel rothschild el, for the amschel mayer james de rothschild ii estate trust, herein after Trust, domiciling United States Of America of Said common-law copy-claim trade-name/trade mark No Usufruct shall be issued to anyone, agent, agency or corporation, jurisdiction, nation, state, state affiliate, country or etc., except by registered agreement/contract and may not be used, printed, duplicated, transmitted, displayed, neither in whole nor part, nor in any manner whatsoever, without the prior, express, written consent an acknowledgement of the Trust, hereinafter "Secure Party." With the intent of being contractually bound, any juristic person of any country or nation, entertainer as well as the agent of said juristic person, assents, entertainers, consents, and agrees that neither said juristic person, nor the agent of said juristic person or entertainer shall display, nor otherwise use in any manner, the tradename, trademark, nor the common-law copyright described herein, nor any derivative, variation, and/or spelling and printing or recoring of AMSCHEL MAYER JAMES DE ROTHSCHILD II, AMSCHEL RECORDS LLC, KONMAN ENTERTAINMENT INC, KONMAN ENTERTAINMENT LLC, DREAM LOUD LLC, DREAM LOUD INC, DREAM LOUD, MY BROTHERS KEEPER, MBK, MUSIC COIN, MUSIC COIN LLC, MUSIC COIN INC, MUSCO, MBK LLC, MY BROTHERS KEEPER LLC, REMA, LUCKY DAYE, TYUS, METRO, METRO BOOMIN, HYME, LONDON ON DA TRACK, DJ KHALED, BIRDMAN BABY, JAMES FAUNTLEROY KANYE WEST, YEZZY, YEZZY S, YEEZIES, YE, YAY, STEVEN G, BJ THE CHICAGO KID, DJ SCREW, 7AE, BOY WONDER GIRL WONDER, GURL WONDER, SAFARI, TIMBALAND, SWISS BEATZ, HIT BOY, LIL DURK, DURK, T PAIN, HITMAKA, BRENT FIYAZ, DESIGNER, LOVERBOYBASS, ELL MAI, LIL WAYNE, TY DOLLA $IGN, DJ SNAKE, PNB ROCK, NIPSEY HUSSLE, ELLIOT TRENT, FRANK OCEAN, POST MALONE, 6LACK, SAM SMITH, TANK, SUMMER WALKER, K CAMP, HIT GIRL, HIT GURL, SAINt JHN, SAINt ELLA, SAINT ELLA, H.I.M., H.E.R., GIVEON, THE WEEKND, J DILLA,

5

KONDWANI SAEED DAVIS, TRAVIS SCOTT, TRAVI$ SCOTT, ELHAE, SWIM, AMSCHEL, AMSCHEL ROTHSCHILD, MUSIC COIN, AMSCHEL, KON, BLAST, BLVST, BLXST, DRAKO, JAY, KON YAY, ROTHSCHILD, KON, PARTYNEXTDOOR, ROTHSCHILD, MAYER, PARTY, PND and LA FLAME and any four digit letter abbreviations including and not limited to all derivatives, variations in the spelling, abbreviating, upper/lower case rendering and writing of said trade names/trade-marks.

Secured Party neither assents, nor contents, nor agrees with, nor grants, nor implies any authorization for; any unauthorized use of tradenames, trademarks, and all unauthorized use is strictly prohibited. Mutual Assent Implied and

Worldwide Copyright Claim

Express Contract Executed by Unauthorized Use of Secured Party's Common Law-Copyrighted Property ; Self-Executing Security Agreement in Event of Unauthorized Use of Secured Party's Common Law-Copyrighted Property; By thee term both the person and the agent of said person engaging in unauthorized use of copyrighted property, hereinafter jointly referred to as the "Interloper" does assent, consent, and agree that any use of the tradenames/trade-marks, except the authorized use as set above constitutes unauthorized use, unauthorized reproduction, copyright infringement , and counterfeiting, of Secured Party's Common Law-Copyrighted Property, is contractually binding upon said Third Party Interloper, securing an interest in said Interloper's assets , land and personal property for equal consideration and not less than it's value of 100,000,000 (one hundred million) ounces in pure gold.999

coins/bars and 33,000,000 (thirty three million) acres of land in Territory or State of Secured Party's choice. Any person, entity or government claiming an adverse interest, challenging, or rebutting the rights of the Secured Party may write to the Trust in care of; Amschel Rothschild El

Washington Street, 77 Seattle, Washington

[98104], non-domestic/without the USA.

Signs of Nature

Worldwide Copyright Claim

Trustee for Secured Party accepts all signatures and acknowledges Debtor's signature as beneficial owner/representative of all derivations thereof.

<u>: Amschel: Rothschild El, being Beneficial Owner/Transferor</u>

Amschel Rothschild El, the Trustee for Amschel Mayer James de Rothschild II Estate Trust <u>being the Secured Party/Tranferee,</u>

America Republic                )

                ) ss. ACKNOWLEDGEMENT )

Amschel Mayer James de Rothschild II

For the purpose of verification only, on the 2 day of January Month, 2025, : Amschel: Rothschild El. personally appeared before us and proved to us on the basis of satisfactory evidence to be the individual whose name is subscribed hereto and acknowledged to us that he or she executed the same. Subscribed before us this day. Witness my (our) hands and seals this 2 day of Month January, 2025.

_____
WITNESS 1 SIGNATURE

_____
WITNESS 2 SIGNATURE

# NOTARY ACKNOWLEDGMENT

Amschel de Rothschild II, DEBTOR

b

Worldwide Copyright Claim

: Amschel: Rothschild El. /s/ Agent/Power of Attorney In fact for
AMSCHEL MAYER JAMES DE ROTHSCHILD II, DEBTOR, an Legal Organization.

STATE OF _Michigan_____

_Wayne_____ COUNTY, ss.

On this. 2 day of January , 2025, before me arrived :Amschel: Rothschild El, as Principle and Principal of this Affidavit who proved to me through his/her self and/or a government issued photo identification to be the above-named person, in my presence executed this foregoing instrument and acknowledged that (s)he executed the same as his/her own free act and deed with no usufruct issued.

Beneficiary/Beneficial Owner/Transferor Sign of Nature

Notary Public _[signature]_



**NOTARY SEAL**

My commission expires: 12/17/2029